# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maggs, Gregory E. | U.S. Court of Appeals for the Armed Forces | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

450 E Street, N.W.
Washington, DC 20442

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | The George Washington University |
| 2. | Colonel | U.S. Army Reserve |
| 3. | Reporter, Advisory Committee on the Rules of Appellate Procedure | Administrative Office of the U.S. Courts |
| 4. | Professorial Lecturer | The George Washington University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | West Academic Publishing, copyright royalty | $11,701.63 |
| 2. 2018 | The George Washington University, wages | $23,949.99 |
| 3. 2018 | The George Washington University, deferred compensation | $37,013.62 |
| 4. 2018 | The George Washington University, merit bonus | $4,246.00 |
| 5. 2018 | The George Washington University, adjunct pay | $24,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Cash accounts (H) | A | | | | | | | | |
| 2.   - Ally Bank cash account | C | Interest | M | T | | | | | |
| 3.   - Bank of America cash account | A | Interest | M | T | | | | | |
| 4.   - Capital One cash accounts | A | Interest | J | T | Open | 09/02/18 | J | | |
| 5.   - Citibank cash accounts | A | Interest | N | T | | | | | |
| 6.   - E*Trade cash accounts | A | Interest | L | T | | | | | |
| 7.   - HealthHub cash account | A | Interest | J | T | | | | | |
| 8.   - T. Rowe Price cash account | A | Interest | M | T | | | | | |
| 9.   - Wells Fargo cash accounts | A | Interest | K | T | | | | | |
| 10.  Brokerage account #1 (H) | | | | | | | | | |
| 11.  - Staples common stock | A | Dividend | J | T | | | | | |
| 12.  - Williams Cos. common stock | A | Dividend | J | T | | | | | |
| 13.  -WPX Energy common stock | A | Dividend | J | T | | | | | |
| 14.  Brokerage account #2 (H) | | | | | | | | | |
| 15.  - Advantage Dynamic Total Return Fund mutual fund | A | Dividend | K | T | | | | | |
| 16.  - ASG Global Alternatives Fund mutual fund | A | Dividend | K | T | | | | | |
| 17.  - ASG Managed Futures Strategy Funds mutual fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BNY Mellon Absolute Insight Multi-Strategy Fund mutual fund | A | Dividend | K | T | | | | | |
| 19. - BNY Mellon cash accounts | C | Interest | L | T | | | | | |
| 20. - BNY Mellon Corporate Bond Fund mutual fund | B | Interest | K | T | | | | | |
| 21. - BNY Mellon Income Stock mutual fund | D | Dividend | M | T | | | | | |
| 22. - BNY Mellon International Fund mutual fund | A | Dividend | K | T | | | | | |
| 23. - BNY Mellon Mid Cap Multi-Strategy Fund mutual fund | B | Dividend | L | T | | | | | |
| 24. - BNY Mellon Municipal Opportunities Fund mutual fund | C | Interest | L | T | | | | | |
| 25. - BNY Mellon National Intermediate Municipal Bond Fund mutual fund | E | Interest | O | T | | | | | |
| 26. - BNY Mellon National Short-Term Municipal Bond Fund mutual fund | C | Interest | N | T | | | | | |
| 27. - DFA Emerging Markets Core Equity Fund mutual fund | A | Dividend | J | T | | | | | |
| 28. - Dreyfus Diversified International Fund mutual fund | A | Dividend | L | T | | | | | |
| 29. - Dreyfus Floating Rate Income Fund mutual fund | B | Interest | K | T | | | | | |
| 30. - Dreyfus Global Real Estate Securities Fund mutual fund | A | Dividend | J | T | | | | | |
| 31. - Dreyfus Global Real Return Fund mutual fund | A | Dividend | K | T | | | | | |
| 32. - Dreyfus High Yield Fund mutual fund | B | Interest | K | T | | | | | |
| 33. - Dreyfus Inflation Adjusted Securities Fund mutual fund | A | Interest | K | T | | | | | |
| 34. - Dreyfus International Small Cap Fund mutual fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dreyfus Large Cap Equity Fund mutual fund | A | Dividend | L | T | | | | | |
| 36. - Dreyfus Opportunistic Small Cap Fund mutual fund | A | Dividend | J | T | | | | | |
| 37. - Dreyfus Select Manager Long/Short Equity Fund mutual fund | A | Dividend | | | | | | | |
| 38. - Dreyfus Select Managers Small Cap Growth Fund mutual fund | A | Dividend | | | Sold | 12/04/18 | K | A | |
| 39. - Dreyfus Select Manager Small Cap Value Fund mutual fund | A | Dividend | K | T | | | | | |
| 40. - Dreyfus/Newton International Equity Fund mutual fund | A | Dividend | K | T | | | | | |
| 41. - Virtus Emerging Markets Opportunites Fund mutual fund | A | Dividend | K | T | | | | | |
| 42. Brokerage account #3 (H) | | | | | | | | | |
| 43. - BIF money market cash account | D | Interest | N | T | | | | | |
| 44. - Air Products & Chemicals common stock | B | Dividend | L | T | | | | | |
| 45. - Automatic Data Processing common stock | B | Dividend | M | T | | | | | |
| 46. - Berkshire Hathaway Inc common stock | A | Dividend | K | T | | | | | |
| 47. - Boeing Co. common stock | B | Dividend | K | T | | | | | |
| 48. - Broadridge Final Solutions common stock | A | Dividend | K | T | | | | | |
| 49. - CBS Corp New common stock | A | Dividend | J | T | | | | | |
| 50. - CDK Global Inc common stock | A | Dividend | J | T | | | | | |
| 51. - Century Link Inc SHS common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cigna Corp common stock | A | Dividend | J | T | | | | | |
| 53. - Conduent Inc Reg SHS common stock | A | Dividend | J | T | | | | | |
| 54. - CSG Systs Intl Inc Com common stock | A | Dividend | J | T | | | | | |
| 55. - Express Scripts Hldg Co common stock | A | Dividend | | | Sold | 12/24/18 | J | C | |
| 56. - Intel Corp common stock | A | Dividend | K | T | | | | | |
| 57. - IBM common stock | A | Dividend | J | T | | | | | |
| 58. - MBIA Inc common stock | A | Dividend | J | T | | | | | |
| 59. - Merck and Co Inc SHS common stock | A | Dividend | K | T | | | | | |
| 60. - Merrill cash account | A | Dividend | J | T | | | | | |
| 61. - Pfizer Inc common stock | A | Dividend | K | T | | | | | |
| 62. - Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 63. - Sprint Corp common stock | A | Dividend | J | T | | | | | |
| 64. - Texas Instruments common stock | A | Dividend | K | T | | | | | |
| 65. - Transocean Ltd common stock | A | Dividend | J | T | | | | | |
| 66. - United Parcel Service Co. common stock | B | Dividend | K | T | | | | | |
| 67. - Versum Materials LLC common stock | A | Dividend | J | T | | | | | |
| 68. - Viacom Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Western Union Co common stock | A | Dividend | J | T | | | | | |
| 70. - Weyerhaeuser Co common stock | A | Dividend | J | T | | | | | |
| 71. - Xerox Corp common stock | A | Dividend | J | T | | | | | |
| 72. - Zebra Technologies common stock | A | Dividend | L | T | | | | | |
| 73. Brokerage account #4 (H) | | | | | | | | | |
| 74. -- Merrill Cash Account | A | Int./Div. | | | Closed | 02/21/18 | M | | |
| 75. Mutual funds (H) | | | | | | | | | |
| 76. - Vanguard Balanced Index Fund Admiral #1 mutual fund | C | Int./Div. | M | | | | | | |
| 77. - Vanguard Balanced Index Fund Admiral #2 mutual fund | E | Int./Div. | O | T | Buy (add'l) | 01/12/18 | J | | |
| 78. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 79. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 80. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 81. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 82. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 84. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 85. | | | | | Buy (add'l) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/08/18 | J | | |
| 87. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 88. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 89. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 90. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 91. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 92. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 93. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 94. | | | | | Buy (add'l) | 12/3/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 96. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 97. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 98. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 99. - Vanguard Balanced Index Fund Admiral #3 mutual fund | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 100. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 101. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 102. | | | | | Buy (add'l) | 04/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 104. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 105. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 106. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 107. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 108. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 109. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 110. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 111. - Vanguard Total Stock Market Index Admiral #1 | C | Dividend | M | T | | | | | |
| 112. - Vanguard Total Stock Market Index Admiral #2 | D | Dividend | N | T | | | | | |
| 113. - Vanguard Total Stock Market Index Admiral #3 | C | Dividend | M | T | | | | | |
| 114. Retirement accounts (H) | | | | | | | | | |
| 115. - TIAA Traditional #1 | C | Interest | N | T | | | | | |
| 116. - TIAA Traditional #2 | B | Interest | M | T | Buy (add'l) | 01/31/18 | J | | |
| 117. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 118. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 119. | | | | | Buy (add'l) | 04/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 121. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 122. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 124. - TIAA Traditional #3 | A | Int./Div. | N | T | | | | | |
| 125. - QCSTRX #1 mutual fund | A | Dividend | O | T | | | | | |
| 126. - QCSTRX #2 mutual fund | A | Dividend | O | T | Buy (add'l) | 01/31/18 | J | | |
| 127. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 128. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 129. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 130. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 131. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 132. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 133. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 134. - QCSTRX #3 mutual fund | A | Dividend | L | T | | | | | |
| 135. - FID FREEDOM K 2030 | A | Dividend | J | T | | | | | |
| 136. Rental Properties (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Rental Property #1 Barrington RI | D | Rent | N | W | | | | | |
| 138. --Rental Property #2 Barrington RI | D | Rent | | | Sold | 10/01/18 | N | G | Steven Calabresi |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions

I became a judge on February 2, 2018. I resigned from my position as a Professor of Law at The George Washington University on February 2, 2018 and from my position as the Reporter for the Advisory Committee on the Rules of Appellate Procedure on February 2, 2018. I was retired from the U.S. Army Reserve on March 2, 2018. I was appointed a Professorial Lecturer (i.e., a part-time adjunct professor) at The George Washington University on February 23, 2018.

Part III-A. Non-Investment Income

I earned the listed wages ($23,949.99), merit bonus ($4,246.00), and deferred compensation ($37,013.62) from the George Washington University prior to my judicial appointment on February 2, 2018. I earned my adjunct pay ($24,000) from The George Washington University for teaching law school courses after my judicial appointment. Because I was a judge for 332 days in 2018, my outside earned income limit in 2018 was (332/365) x $28,440 = $25,946, which is greater than the amount that I earned. See 5 U.S.C. § 503(a)(2).

Part VII. Investments and Trusts

Line 52. I mistakenly did not include Cigna Corp common stock in my nomination disclosure even though that stock was owned at the time of my nomination. The entries for this stock in my nominiation disclosure would have been the same as those in this disclosure: Column B(1)=A; Column B(2)=Dividend; Column C(1)=J; Column C(2)=T.

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory E. Maggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544